No. 919. SIMONSON, TRUSTEE IN BANKRUPTCY, ET AL. *v.* GRANQUIST, DISTRICT DIRECTOR OF INTERNAL REVENUE, ET AL. C. A. 9th Cir. Certiorari granted. *Arthur E. Simon* and *John F. Cramer, Jr.* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *I. Henry Kutz* for respondents.

No. 910. GRIGGS *v.* COUNTY OF ALLEGHENY. Supreme Court of Pennsylvania. Certiorari granted. *D. Malcolm Anderson* for petitioner. *Maurice Louik, Francis A. Barry* and *Philip Baskin* for respondent.

No. 313, Misc. GOJACK *v.* UNITED STATES. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit granted. Case transferred to the appellate docket. *Frank J. Donner* and *David Rein* for petitioner. *Solicitor General Rankin, Assistant Attorney General Yeagley* and *Kevin T. Maroney* for the United States.

No. 974, Misc. FLEMING *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 993. COHAN ET AL. *v.* CITY OF NEW YORK. Court of Appeals of New York. Certiorari denied. *Sidney S. Levine* for petitioners. *Leo A. Larkin* and *Seymour B. Quel* for respondent.